

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00492-CV

**IN RE** Margaret **HOSSEINI-BROWDER**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              H. Todd McCray, Justice
              Velia J. Meza, Justice (dissenting without opinion)

Delivered and Filed: June 26, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

Relator, Margaret Hosseini-Browder, filed her petition for writ of mandamus and accompanying record on June 22, 2026. Hosseini-Browder filed an emergency motion for temporary relief and stay of the trial court's order of confinement on June 23, 2026. Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy at law, such as an appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Having considered the petition, the motion, and the record, this court concludes Hosseini-Browder has not

---

[1]This proceeding arises out of Cause No. CVOC-20-0000101, styled *Margaret Hosseini-Browder v. Armando Mendez, Josue Santiago, and We Care Wildlife Sanctuary*, pending in the 198th Judicial District Court, Bandera County, Texas, the Honorable Dennis Powell presiding.

shown that she is entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The emergency motion for temporary relief and stay of the trial court's order of confinement is dismissed as moot.

PER CURIAM